UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 2:19-cr-00196-23 |
| v. ) | |
| ) | Hon. J. Ronnie Greer, Sr. USDJ |
| TYLER REESE DENISON ) | Hon. Cynthia R. Wyrick, USMJ |

## MOTION OF UNDERSIGNED COUNSEL FOR THE DEFENDANT TYLER REESE DENISON FOR SUBSTITUTE COUNSEL

Undersigned counsel for the Defendant **TYLER REESE DENISON** respectfully moves this Honorable Court for substitute counsel.

IN SUPPORT of this motion, undersigned counsel states as follows:

1. Counsel has served as counsel for the Defendant in this case pursuant to appointment under the Criminal Justice Act.

2. Earlier during the current calendar year, undersigned counsel was diagnosed with Parkinson's disease. In April 2021, undersigned counsel was hospitalized for a hemorrhagic stroke. At his most recent appointment, on August 3, 2021, undersigned counsel was advised by his treating neurologist to terminate his duties in all cases and to focus on managing his health issues.

3. In light of the above, counsel has concluded that the effective assistance of counsel owed to the Defendant requires that he immediately step down as his attorney, and so requests the substitution of new counsel for the Defendant. Counsel will advise the Defendant of counsel's limitations and the necessity of this motion.

WHEREFORE, premises considered, undersigned counsel, respectfully moves this Honorable Court for the following relief:

(a) That the Court appoint substitute counsel for this Defendant;

(b) That the Court extend all deadlines in this Defendant's case, including any deadline for objections to a presentence investigation report, to allow substitute counsel sufficient time within which to assess this Defendant's case.

(c) That the Court grant such other and further relief as may be needed to assure that this Defendant will receive the effective assistance of counsel through substitute counsel in this case.

Respectfully submitted,

s/ Francis L. Lloyd, Jr.
LAW OFFICE OF FRANCIS L. LLOYD, JR.
9111 Cross Park Drive, Suite D-200
Knoxville, TN  37923
Telephone: (865) 470-4077
E-Mail:  FLLloydJr@gmail.com
  *Counsel for Tyler Reese Denison*

CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

In addition, I served a copy of the foregoing on United States Probation Officer Jessica D. Ray via email at jessica_ray@.tnep.uscourts.gov.

s/ Francis L. Lloyd, Jr.